"O"

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-220 AHM |
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |
| MICHAEL JEFFREY POTTS, | |
| Defendant. | |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable A. Howard Matz, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),    The Court finds that:

A.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's lack of bail resources, lack of a stable residence, and the nature of the charged offense, which indicates the defendant is unlikely to comply with conditions of release; and

1  B.   (X)   The defendant has not met his burden of establishing by clear and convincing
2          evidence that he is not likely to pose a danger to the safety of any other person
3          or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding
4          is based on the nature of the charged offense and defendant's criminal history.

6     IT THEREFORE IS ORDERED that the defendant be detained pending the further
7  revocation proceedings.

10  Dated: May 14, 2010

                                    /s/      Arthur Nakazato
11                                   ARTHUR NAKAZATO
                                 UNITED STATES MAGISTRATE JUDGE