−0−

FILED
CLERK, U.S. DISTRICT COURT
MAR 25 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>Michael Jeffrey Potts<br>　　　　Defendant. | 2:06-CR-220-AHM<br>ORDER OF DETENTION AFTER<br>HEARING ( Fed.R.Crim.P. 32.1(a)(6)<br>Allegations of Violations of Probation<br>Supervised Release)<br>Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　[X]　the appearance of defendant as required; and/or

　　(B)　[X]　the safety of any person or the community.

//
//

The court concludes:

A.  (x) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will comply w/ conditions of release. Defendant has multiple serious violations, including drugs + alcohol abuse._

(B) (x) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will comply w/ conditions of release. Also, inadequate bail resources & sureties._

IT IS ORDERED that defendant be detained.

DATED: 3/25/11

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE